IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JANATHAEN STRUM, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-61 (CDL) |
| | * |
| Officer SHANE ABREO, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 23rd day of May 2024.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk